IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No.: | 14-80752 |
|     Richard Naegele | ) | | |
|     Debbora Naegele | ) | Chapter: | Chapter 13 |
|         Debtors | ) | | |
| | ) | Judge: | Thomas M. Lynch |

### NOTICE OF MOTION

To:   Richard and Debbora Naegele, 3311 Patridge Ct., Spring Grove, IL 60081

       Trustee Lydia Meyer, Box 14127, 308 W. State St., #212, Rockford, IL 61105

       Office of the U.S. Trustee, 780 Regent St., Suite 304, Madison, WI 53715

       Irene Dorner, CEO of HSBC Bank USA, N.A., 1800 Tysons Blvd., McLean, VA 22102 (by certified mail)

**PLEASE TAKE NOTICE** that on **May 2, 2014 at 9:00 a.m.** I shall appear before the Honorable Judge Thomas M. Lynch at 327 S. Church St., Courtroom 3100, Rockford, IL 61101, and then and there present the attached **MOTION TO DETERMINE THE VALUE OF SECURITY**, a copy of which is attached hereto.

                                  **By:**   */s/ Kristin K. Beilke*
                                                Kristin K. Beilke

### CERTIFICATE OF SERVICE

I, Kristin K. Beilke, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a property addressed envelope, postage prepaid, for 55 E. Monroe St., Suite 3400, Chicago, Illinois, on 3/25/2014.

                                  **By:**   */s/ Kristin K. Beilke*
                                              Kristin K. Beilke

**Attorneys for the Debtors**
Geraci Law, L.L.C.
55 E. Monroe St., #3400
Chicago, IL 60603
(Ph): 312.33.1800  (Fax): 877.247.1960

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| In Re: | ) | Case No.: | 14-80752 |
|---|---|---|---|
| Richard Naegele | ) | | |
| Debbora Naegele | ) | | |
| | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | Thomas M. Lynch |

**MOTION TO DETERMINE THE VALUE OF SECURITY**

NOW COME the Debtors, Mr. and Mrs. Richard Naegele (the "Debtors"), by and through their attorneys, Geraci Law, L.L.C., to present their **MOTION TO DETERMINE THE VALUE OF SECURITY**, and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157(b), and 1334 and this is a "core proceeding" under 28 U.S.C. § 157(b)(2)(K).

2. The Debtors filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Code on 3/11/2014.

3. The Debtor's plan has yet to be confirmed. The next pending confirmation hearing at the time of filing this Motion is set for 5/16/2014.

4. Pursuant to 11 U.S.C. § 506 and Fed. R. Bankr. P. 3012, Debtors now seek to determine the value of their real estate located at 3311 Patridge Ct., Spring Grove, IL 60081 (hereinafter "Real Estate").

5. Debtors are the owners of and reside in the Real Estate.

6. Debtors believe the fair market value of the real estate to be $329,000. Ex. A.

7. The Real Estate is encumbered by a first mortgage that is held by Nationstar Mortgage in the amount of $396,578, $271,578 being part of the interest bearing principal plus a deferred principal balance fo $125,000.. Ex. B.

8. The Real Estate is further encumbered by a second mortgage that is held by HSBC Bank USA, N.A.

9. The amount of the first mortgage, $396,578, exceeds the value of the Real Estate, $329,000.

10. Debtors' Chapter 13 Plan calls for the debt held by HSBC Bank USA, N.A., to be treated as a wholly unsecured claim, as there is no equity in Debtors' home to which it could attach.

WHEREFORE, Mr. and Mrs. Naegele pray that this Honorable Court enter an order that determines the value of their real estate located at 3311 Partridge Ct., Spring Grove, IL 60081 to be less than the amount of the first mortgage held by Nationstar Mortgage, and the debt of HSBC Bank USA, N.A. to be treated as unsecured, and for such other relief as this Court deems just and proper.

 /s/ *Kristin K. Beilke*
Kristin K. Beilke
Attorneys for the Debtors
Geraci Law, L.L.C.
55 E. Monroe St., #3400
Chicago, IL 60603
(Ph): 312.33.1800  (Fax): 877.247.1960