UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

In Re: )  BK No.: 14-80752
Richard Naegele )  (Jointly Administered)
Debbora Naegele )  Chapter: 13
)  Honorable Thomas M. Lynch
)
)
Debtor(s) )

## ORDER DETERMINING THE VALUE OF SECURITY

On 03/25/2014 the Debtors filed an AMENDED MOTION TO DETERMINE THE VALUE OF SECURITY, the security being Debtors' real estate located at 3311 Partridge Ct., Spring Grove, IL (real estate PIN number 04-11-228-002) secured by a junior lien held by Mortgage Electronic Registration Systems, Inc. and Mila, Inc.  This Court having jurisdiction, with due notice having been given to all the parties in interest, IT IS HEREBY ORDERED that the relief requested in the motion in favor of the Debtors and against the creditors is granted as follows:

1. For the purposes of the Chapter 13 plan only, any claims asserted by the creditor stemming from its junior mortgage lien against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the creditor for the mortgage lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan and entry of a discharge, the creditor's lien will be deemed satisfied pursuant to 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  May 02, 2014

**Prepared by:**

Kristin K. Beilke
Geraci Law, L.L.C.
55 E. Monroe St., Suite 3400
Chicago, IL 60603